# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| BRYANT ANDERSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JUDGE BRADY E. MENDHEIM, )<br>JR., )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>1:16cv960-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit against a state-court judge challenging the constitutionality of his state court criminal proceedings. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of April, 2017.

                                           /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**