IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

BRYANT ANDERSON,               )
                               )
     Plaintiff,                )
                               )          CIVIL ACTION NO.
     v.                        )           1:16cv960-MHT
                               )              (WO)
JUDGE BRADY E. MENDHEIM,       )
JR.,                           )
                               )
     Defendant.                )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) Plaintiff's claims for damages are dismissed with prejudice.

(3) Plaintiff's remaining claims are dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE